```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 15500
    CLARENCE DAILEY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER


         Debtor
    SSN XXX-XX-7648


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/27/2007 and was not confirmed.

     The case was dismissed without confirmation 10/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED           743.63           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           247.06           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           462.91           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED            60.65           .00             .00
CALVARY PORTFOLIO SERVIC  UNSECURED           804.65           .00             .00
LASALLE BANK NATIONAL     NOTICE ONLY      NOT FILED           .00             .00
LASALLE BANK NATIONAL     NOTICE ONLY      NOT FILED           .00             .00
PRO SE DEBTOR             DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                         .00                 .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 07 B 15500 CLARENCE DAILEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
     Dated: 01/25/08                    _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 07 B 15500 CLARENCE DAILEY
```